McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Cheryl A. Grames
Nevada Bar No. 12752
  *cheryl.grames@mccormickbarstow.com*
Chelsea M. Bravin
Nevada Bar No. 16503
  *chelsea.bravin@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone: (702) 949-1100
Facsimile: (702) 949-1101

Attorneys for DEFENDANT PRAETORIAN INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| STEPHEN CAMDEN,<br><br>       Plaintiff,<br><br>  v.<br><br>PRAETORIAN INSURANCE COMPANY, a Foreign Corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>       Defendants. | Case No. 2:25-cv-00286-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE**<br><br>**(First Request)** |

Defendant PRAETORIAN INSURANCE COMPANY ("Defendant"), by and through its attorneys of record of the law firm McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP, and Plaintiff STEPHEN CAMDEN ("Plaintiff," together with Defendant, the "Parties"), by and through his attorneys of record of MOSS BERG INJURY LAWYERS, hereby file this Stipulation and Order to Extend Briefing Schedule, specifically seeking to extend the deadline from September 16, 2025 to September 23, 2025 for Defendant to file its Reply in Support of its Motion for Summary Judgment (ECF No. 23).

Defendant requires an additional week to file its Reply in Support of its Motion for Summary Judgment (ECF No. 23) so that it adequately addresses the arguments Plaintiff raised in his Response thereto (ECF No. 26). As such, Defendant does not seek this extension for the purpose of undue delay.

DATED this 8th day of September 2025.

        McCORMICK, BARSTOW, SHEPPARD,
        WAYTE & CARRUTH LLP

        By    /s/ *Cheryl A. Grames*
            Jonathan W. Carlson
            Nevada Bar No. 10536
            Cheryl A. Grames
            Nevada Bar No. 12752
            Chelsea M. Bravin
            Nevada Bar No. 16503
            8337 West Sunset Road, Suite 350
            Las Vegas, Nevada 89113
            *Attorneys for DEFENDANT PRAETORIAN INSURANCE COMPANY*

DATED this 8th day of September 2025.

        MOSS BERG INJURY LAWYERS

        By    /s/Boyd B. Moss
            Boyd B. Moss III, Esq.
            Nevada Bar No. 8856
            John C. Funk, Esq.
            Nevada Bar No. 9255
            5420 W. Sahara Avenue, Suite 101
            Las Vegas, Nevada 89146
            *Attorneys for Plaintiff Stephan Camden*

**ORDER**

**IT IS SO ORDERED.**

**DATED:** September 9, 2025

_____
DISTRICT COURT JUDGE

11988944.1