McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Cheryl A. Grames
Nevada Bar No. 12752
  *cheryl.grames@mccormickbarstow.com*
Chelsea M. Bravin
Nevada Bar No. 16503
  *chelsea.bravin@mccormickbarstow.com*
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Telephone:   (702) 949-1100
Facsimile:   (702) 949-1101

Attorneys for Defendant PRAETORIAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| STEPHAN CAMDEN,<br><br>          Plaintiff,<br><br>     v.<br><br>PRAETORIAN INSURANCE COMPANY, a Foreign Corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>          Defendants. | Case No. 2:25-cv-00286-NJK<br><br>**STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7160 Rafael Rivera Way, Suite 320
Las Vegas, NV 89113

1

Case No. 2:25-cv-00286-NJK

STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by Plaintiff STEPHEN CAMDEN, by and through his counsel of record, and Defendant PRAETORIAN INSURANCE COMPANY, by and through their counsel of record that the above-entitled matter be dismissed with prejudice against Defendant PRAETORIAN INSURANCE COMPANY, the parties to bear their own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated: December 2, 2025

MOSS BERG INJURY LAWYERS

By: /s/Boyd B. Moss
Boyd B. Moss III, Esq.
Nevada Bar No.: 8856
John C. Funk, Esq.
Nevada Bar No. 9255
5420 W. Sahara Avenue, Suite 101
Las Vegas, NV 89146
Attorneys for Plaintiff

Dated: December 2, 2025

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ Jonathan W. Carlson
Jonathan W. Carlson
Nevada Bar No. 10536
Cheryl A. Grames
Nevada Bar No. 12752
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Attorneys for Defendant
PRAETORIAN INSURANCE COMPANY

### ORDER

IT IS SO ORDERED. The Clerk of Court is kindly directed to close the case.

DATED this __3__ day of __December__, 2025

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted By:

**MCCORMICK BARSTOW LLP**

/sJonathan W. Carlson
Jonathan W. Carlson
Nevada Bar No. 10536
Cheryl A. Grames
Nevada Bar No. 12752
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Attorneys for Defendant
PRAETORIAN INSURANCE COMPANY
12234070.1